No. 41787.—Protests 699903-G, etc., of Mattia Locatelli N. Y. Branch, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

No. 41788.—Protests 679993-G, etc., of Paolo Alonge & Bro. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

No. 41789.—Protests 652192-G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

No. 41790.—Protests 648362-G, etc., of Domenico D'Angiola, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

No. 41791.—Protests 611377-G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.

No. 41792.—Protests 585491-G, etc., of L. Fatato, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible covering on the outside.